# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SNEHAL PATEL, | : | |
|     Plaintiff, | : | |
| vs. | : | CA 15-0366-C |
| LAXMI ENTERPRISES, INC., et al., | : | |
|     Defendants. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's motion to remand (Doc. 6) be **GRANTED** and that this matter be **REMANDED** to the Circuit Court of Mobile County, Alabama.

**DONE** this the 5th day of October, 2015.

    s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**